OFFICIAL NOTICE FROM COURT OF CRIMINAL APPEALS OF TEXAS
P.O. BOX 12308, CAPITOL STATION, AUSTIN, TEXAS 78711

**OFFICIAL BUSINESS**
**STATE OF TEXAS**
**PENALTY FOR PRIVATE USE**

1/28/2015

POOL, KENNETH RAY   Tr.Ct. No. 1263461-A

This is to advise that the Court has denied without written order the application for writ of habeas corpus on the findings of the trial court without a hearing.

Abel Acosta, Clerk

KENNETH RAY POOL
DC # 1444766

PRESORTED
FIRST CLASS

UNITED STATES POSTAGE
PITNEY BOWES

02 1M
0004279596
MAILED FROM ZIP CODE 78711
$ 00.26⁵
JAN 29 2015

WR-85,639-01